■ In the Matter of PAULETTE D., Appellant, v DONALD

J. C., Respondent. [604 NYS2d 850] —Order unanimously affirmed without costs. Memorandum: Family Court properly dismissed the petition in this paternity proceeding inasmuch as respondent was not served within the State and there was no showing of any of the prerequisites to service without the State specified in Family Court Act § 154 (b). (Appeal from Order of Oswego County Family Court, Roman, J.—Paternity.) Present—Callahan, J. P., Green, Lawton, Boomer and Boehm, JJ.